```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ KIMBERLY A. KELLY
   │ Assistant U.S. Attorneys
 3 │ 3654 Federal Building
   │ 1130 "O" Street
 4 │ Fresno, California  93721
   │ Telephone:  (559) 498-7272
 5 │
 6 │         IN THE UNITED STATES DISTRICT COURT FOR THE
 7 │                 EASTERN DISTRICT OF CALIFORNIA
 8 │
 9 │ UNITED STATES OF AMERICA,    )   1:06-cr-00196 OWW
   │                              )
10 │           Plaintiff,         )
   │                              )
11 │      v.                      )   REQUEST BY THE UNITED
   │                              )   STATES TO UNSEAL
12 │ KENNETH CARTER, aka "Skillet",)  INDICTMENT AS TO
   │                              )   KENNETH CARTER, aka "Skillet"
13 │           Defendant.         )
   │ _____)
14 │
15 │      Comes now the United States, by and through its attorneys of
16 │ record, McGregor W. Scott, United States Attorney, and Kimberly
17 │ A. Kelly, Assistant United States Attorney, and request leave of
18 │ the Court to unseal the Criminal Indictment in the above-
19 │ referenced matter as to KENNETH CARTER, aka "Skillet".
20 │
21 │ DATED: June 28, 2006              Respectfully submitted,
22 │                                   McGREGOR W. SCOTT
                                       United States Attorney
23 │
24 │                             By    /s/ Kimberly A. Kelly
                                       KIMBERLY A. KELLY
25 │                                   Assistant U.S. Attorney
26 │ IT IS SO ORDERED:
27 │ DATED: June 28, 2006              _____
                                       Hon. LAWRENCE J. O'NEILL
28 │                                   U.S. Magistrate Judge
```

FILED
JUN 28 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

1