DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RYONTREASE HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-196 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO RESET MOTIONS SCHEDULE/HEARING; AND PROPOSED |
| v. | ) ) | ORDER THEREON |
| KENNETH CARTER, and RYONTREASE HILL, | ) ) ) | Date : November 14, 2006 |
| Defendants. | ) ) ) | Time : 9:00 a.m. Judge: Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel herein,  that the motions schedule in the above captioned matter will be reset as follows: Defendant's motions due on or before September 6, 2006 are hereby extended to **October 24, 2006**; plaintiff's motions due on or  before September 26, 2006 are hereby extended to **November 7, 2006**; and the hearing on said motions is continued from October 3, 2006 to **November 14, 2006 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED:  September 28, 2006      MCGREGOR W. SCOTT
United States Attorney

/s/ Kimberly A. Kelly
KIMBERLY A. KELLY
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  September 28, 2006

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
KENNETH CARTER

DATED: September 28, 2006

DANIEL J. BRODERICK
Federal Public Defender

/s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
RYONTREASE HILL

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: September_29_, 2006

/s/ OLIVER W. WANGER
OLIVER W. WANGER
U.S. District Court Judge for the
Eastern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28