1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street
   Room 4401
4  Fresno, California  93721
   Telephone: (559) 497-4000
5

FILED
OCT 2 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      )    1:06-cr-00196 OWW
9                                 )
              Plaintiff,          )
10                                )
         v.                       )    REQUEST BY THE UNITED
11                                )    STATES TO UNSEAL INDICTMENT
   KENNETH CARTER,                )
12 RYONTREASE HILL, and           )
   TANYA GOBBEL,                  )
13                                )
              Defendants.         )
   _____)

14       Comes now the United States, by and through its attorneys of

15  record, McGregor W. Scott, United States Attorney, and Kimberly

16  A. Sanchez, Assistant United States Attorney, and request leave

17  of the Court to unseal the indictment in the above-captioned

18  matter.

19  DATED: October 23, 2006            Respectfully submitted,

20                                     McGREGOR W. SCOTT
                                       United States Attorney
21
22                              By     /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
23                                     Assistant U.S. Attorney

24  IT IS SO ORDERED:

25  DATED: October 23, 2006            _____
                                       Hon. DENNIS L. BECK
26                                     U.S. Magistrate Judge

27
28

                                   1